# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

141670

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JACQUELINE PATTERSON, TIMOTHY
ROBSON, SHELLY ROBSON, ALICIA
PATRICK, TIMOTHY PATRICK, HOWARD
KITTY, SEARS ALSTON, TIMOTHY HERTA,
JEAN HERTA, KENNETH MONTROY,
BELINDA MONTROY, SETH KOHLER,
SARAH KOHLER, and TIMOTHY ROACH,
      Plaintiffs-Appellants,

v

                                    SC: 141670
                                    COA: 287370
                                    Genesee CC: 07-085645-CZ

CITIFINANCIAL MORTGAGE CORPORATION,
f/k/a ASSOCIATES HOME EQUITY SERVICES,
      Defendant,

and

ABN AMRO, STANDARD FEDERAL BANK,
LASALLE BANK, and INTERFIRST
WHOLESALE MORTGAGE LENDING,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the May 25, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

p0131

_____
Clerk